MABEL WESTOVER, Appellant, v. RALPH W. DAMON, Doing Business under the Assumed Name of DAMON ELECTRIC COMPANY, and Another, Respondents.—

Judgments affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.